UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

  v.            Case No. 20-mc-93-JL

<u>State of New Hampshire, et al.</u>

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 20, 2020.

               _____
               Joseph N. Laplante
               United States District Judge

Date: December 4, 2020

cc: Amon Re, pro se